(131 So. 912)

**Alonza ASHLEY v. STATE.**

6 Div. 963.

Court of Appeals of Alabama.
Dec. 16, 1930.

SAMFORD, J.
Appeal dismissed.

---

(132 So. 909)

**M. C. AUSTIN v. STATE.**

4 Div. 724.

Court of Appeals of Alabama.
Nov. 18, 1930.

Rehearing Stricken Jan. 13, 1931.

RICE, J.
Affirmed.

---

(134 So. 916)

**AVONDALE COTTON MILLS et al. v. FIRST NATIONAL BANK.**

8 Div. 998.

Court of Appeals of Alabama.
May 19, 1931.

PER CURIAM.
Appeal dismissed by consent of parties.

---

[131 So. 912]

**Lawrence AYERS v. STATE.**

6 Div. 955.

Court of Appeals of Alabama.
Dec. 16, 1930.

SAMFORD, J.
Affirmed.

---

(134 So. 916)

**Lowell AYERS v. STATE.**

6 Div. 22.

Court of Appeals of Alabama.
May 12, 1931.

BRICKEN, P. J.
Affirmed.

---

(131 So. 912)

**Frank BAGLEY v. STATE.**

6 Div. 803.

Court of Appeals of Alabama.
Dec. 16, 1930.

RICE, J.
Affirmed.

---

(131 So. 913)

**Willie Mae BAKER v. STATE.**

4 Div. 714.

Court of Appeals of Alabama.
Nov. 25, 1930.

RICE, J.
Reversed and remanded.

---

(133 So. 920)

**Raymon BARBEE v. STATE.**

6 Div. 139.

Court of Appeals of Alabama.
Jan. 12, 1932.

SAMFORD, J.
Affirmed.